UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

WILLIAM JERMICHAEL CARTER et al.,

        Plaintiffs,                Case No. 1:16-cv-1279

v.                                          Honorable Robert J. Jonker

DANIEL HEYNS et al.,

        Defendants.
_____/

## ORDER FOR SERVICE

        This is a prisoner civil rights action.  The Court has conducted an initial review of the complaint pursuant to 28 U.S.C. §1915(e), §1915A and 42 U.S.C. § 1997e(c), to determine whether it is frivolous, malicious, fails to state a claim upon which relief can be granted or seeks monetary relief against a defendant that is immune from such relief.  Upon initial review, the Court concludes that the complaint is not subject to dismissal for any of the reasons listed above.  Therefore:

        IT IS  ORDERED that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2).  If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d)

        IT IS FURTHER ORDERED that Defendants shall reply to the complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law.  *See* 42 U.S.C. § 1997e(g)(2).

Dated:  December 8, 2016            /s/ Ray Kent_____
                                              RAY KENT
                                              United States Magistrate Judge