UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JERMICHAEL CARTER
and JOSHUA LOPP,

       Plaintiffs,

v.

DANIEL HEYNS, et al.,

       Defendants.
_____/

File no: 1:16-CV-1279

HON. ROBERT J. JONKER

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 18, 2020 (ECF No. 48). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 48) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff Lopp is **DISMISSED** from this action for lack of prosecution and failure to comply with a court order under W.D. Mich. LCivR 41.1.

**IT IS FURTHER ORDERED** that Defendants Burton and Perez are **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff Carter's motion to sever (ECF No. 44) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Carter's motion to amend (ECF No. 46) is **GRANTED**, and his proposed amended complaint (ECF No. 46-1) shall be **FILED** instanter.

**IT IS FURTHER ORDERED** that the Magistrate Judge shall enter an amended case management order for Plaintiff Carter to proceed with his claims against Defendants Heyns, Finco, Hoffner and Leach.

Date: March 20, 2020 /s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE