UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JERMICHAEL CARTER,

       Plaintiff,

File no: 1:16-cv-1279

v.

HON. ROBERT J. JONKER

DANIEL HEYNS, et al.,

       Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 20, 2021 (ECF No. 95). The Report and Recommendation was duly served on the parties. On September 9, 2021, the Court granted plaintiff an extension to September 16, 2021, to file objections. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 95) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (ECF No. 74) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

**IT IS FURTHER ORDERED** that Petitioner is denied a certificate of appealability.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date:  September 20, 2021        /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             CHIEF UNITED STATES DISTRICT JUDGE